SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE. #101
FRESNO CALIFORNIA 93720
PHONE: (559) 297-3266
FAX:   (559) 297-3272

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of | Case No.: 09-18076-A-7 |
| GARNETT C. PRYOR, | DC No. SAS-001 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL ESTATE'S INTEREST IN OIL/GAS RIGHTS** |
| Debtor | Date: June 9, 2010<br>Time: 9:00 AM<br>Dept: A<br>Judge: Honorable Whitney Rimel |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Sheryl A. Strain respectfully represents:

1. She is the duly appointed, qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about August 24, 2009, and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S. C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S. C. §363.

4. Among the assets of this estate is an interest in oil/gas rights described as:

   a. The North Half of the Southeast Quarter (N/2SE/4) and The Northeast Quarter of the Southwest Quarter (NE/4SW/4) of Section 15, Township 18 North, Range 22 West and containing 120 acres, more or less, County of Ellis, State of Oklahoma.

   b. All of the Estate's royalty interest in the Devil's Creek Unit covering

2

portions of Sections 14, 15, 22, 23 & 26 of Township 18N, Range 22 W Ellis County, State of Oklahoma.

      c.    All debtors' minerals, royalties and oil/gas interests in above described lands, and in Ellis County, State of Oklahoma. As held by owner number 0006632, property number 0277 with a fair market value of approximately $ 3,101.00.

    5.    The Trustee has received an offer from BPM Real Estate, LLC to purchase the above-described asset for the sum of $3,101.00 cash.

    6.    In deciding to accept the proposed offer, the Trustee took into consideration the following. The Trustee received and reviewed the Rev Deck Ownership Listing by Owner and a Revenue Distribution History. She then offered the oil/gas rights up for bid. The Trustee has received the highest bid from BPM Real Estate, LLC.

    7.    Said offer is the best and highest offer received for said property and, in the opinion of the Trustee, said offer is for the full and fair market value of the property.

    8.    The Trustee believes that sale of the above-described property on the terms and conditions set forth above is in the best interest of the creditors of this estate and all parties in interest.

    **WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to BPM Real Estate, LLC for the sum of $3,101.00 cash.

Dated:    5/11/10

                              /s/
                        Sheryl A. Strain
                        Chapter 7 Trustee

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL ESTATE'S INTEREST IN OIL/GAS RIGHTS**